original



# UNITED STATES DISTRICT COURT

for the

Northern District of New York

CIVIL Division

CHRISTOPHER ANTHONY MONTELLO

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

DAVID HARRIS
EMMETT VEDDER

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 1:26-cv-1489 (MAD/PJE)
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 03 2026
AT ____ O'CLOCK ______
John M. Domurad, Clerk - Albany

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | | | |
|---|---|---|---|
| Name | Christopher Anthony Montello | | |
| Address | 19 Downs Street | | |
| | Kingston | NY | 12401 |
| | *City* | *State* | *Zip Code* |
| County | Ulster | | |
| Telephone Number | 845-532-4889 | | |
| E-Mail Address | chrsmontello@gmail.com | | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | | | |
|---|---|---|---|
| Name | David Harris | | |
| Job or Title *(if known)* | Ulster County Deputy Sheriff #34 | | |
| Address | Ulster County Sheriff's Office 380 Boulevard | | |
| | Kingston | NY | 12401 |
| | *City* | *State* | *Zip Code* |
| County | Ulster | | |
| Telephone Number | 845-338-3640 | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity ☑ Official capacity

Defendant No. 2

| | | | |
|---|---|---|---|
| Name | Emmett Vedder | | |
| Job or Title *(if known)* | Ulster County Detective Sgt. #47 | | |
| Address | Ulster County Sheriff's Office 380 Boulevard | | |
| | Kingston | NY | 12401 |
| | *City* | *State* | *Zip Code* |
| County | Ulster | | |
| Telephone Number | 845-338-3640 | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity ☑ Official capacity

Defendant No. 3

Name

Job or Title *(if known)*

Address

*City* *State* *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

*City* *State* *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

5th Amendment of the United States Constitution
4th Amendment of the United States Constitution
New York State Constitution (article 1, section 6)
New York State Constitution (article 1, section 12)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

NA

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Both officers identified themselves as Ulster County Sheriffs, wore uniforms and provided names, badge number and rank.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Linear trail park and Downs St.

B. What date and approximate time did the events giving rise to your claim(s) occur?

May 22, 2026
1:35 PM

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

see page marked "additional page for section 3(c)..."

Additional page for Section 3(c)...

On May 22, at approximately 1:35PM, on Linear Park Trail between O'Neil Street and Downs Street, in the City of Kingston, NY. Ulster County Sheriff Deputy Harris #34 approached me and told me I couldn't smoke on county property. He asked me for identification. I told him I didn't answer questions. He demanded I show him identification because he "may write me a ticket". He said he needed to know who I am. He asked me if we've met before. I repeated I didn't answer questions. He asked me if I was refusing to identify myself. I repeated I didn't answer questions. He told me to identify myself or I'm obstructing governmental administration. I let him know obstructing governmental administration is a physical act using threats or violence and I was doing neither, I simply invoked a right. A close citizen asked if there were signs that restricts smoking. He answered there are "no signs right here". Approximately 7 minutes after first contact with Deputy Harris I asked him if I was "free to go". Deputy Harris replied "sure". I grabbed my bicycle and started walking on the trail towards Down st. I walked with the citizen and Deputy Harris walked the same direction. I asked him what his job description was. He replied that we ended the conversation and I was free to go. Deputy Harris walked behind us to the end of the trail. 10 minutes after first contact Deputy Harris stepped in front of me on Downs st and asked if I'd "like to identify myself now". Deputy Harris said I was "UN-detained but now you're being detained again". Deputy Harris asked if I had identification. I responded I didn't answer questions. Deputy Harris told me he's "going to find out who I am either way". I stood there and asked him if I was being detained and he said "yes". Deputy Harris kept repeating that he's "trying to talk to me". I told him I didn't care about this conversation. The citizen told Deputy Harris it wasn't fair that he let me go from detainment only to re-detain me on a sidewalk. Deputy Harris told me and the citizen that he can "take this further" and his job description as a public servant is to "make things better". I asked him if he thinks this makes things better. Deputy Harris replied that it turned into this because I refused to identify myself. I explicitly said to Deputy Harris that I was done with the conversation and I'm invoking my 5th and 4th amendment rights. Deputy Harris responded "so instead of providing identification you rather it go in another direction". Approximately 25 minutes after first contact I requested a supervisor. Approximately 30 minutes after first contact Sgt. Vedder #47 from the Ulster County Sheriffs arrived in an Ulster County Sheriffs SUV. Deputy Harris and I explained what happened to Sgt. Vedder. Sgt. Vedder asked to provide identification to "move along with this". I explicitly said I'm invoking my 5th and 4th amendment right. Immediately after I said that Sgt. Vedder told me to stand up, take my backpack off and put my hands behind my back. I attempted to hand my backpack to the citizen but Sgt. Vedder intercepted it and handed it to Deputy Harris. I explicitly said "I don't consent to a search". Deputy Harris placed the backpack on the ground alongside a small garden bed. Sgt. Vedder held my left wrist with his right hand and Deputy Harris handcuffed me. Deputy Harris conducted a search of my pockets and person while I was in handcuffs. Sgt. Vedder stepped over to my backpack that was laying on the ground and conducted a search while I was handcuffed, secured and out of reach of the backpack. I told Sgt. Vedder I didn't consent to a search multiple times. Sgt. Vedder responded "I don't need consent, you're in custody". I told them they were violating rights. Sgt. Vedder after a brief search of my backpack carried the backpack to the Sheriff SUV, placed it on the hood of the SUV and searched it further. Deputy Harris walked me to the back of the Sheriff SUV and placed me in the back seat. After Sgt. Vedder finished with his search of my backpack he handed it to the citizen I attempted to hand it to while being handcuffed. I was driven to the Sheriffs station and booked then released with a summons. Complaints were submitted to the Ulster County Sheriffs and the Attorney Generals Law Enforcement Misconduct Investigative Office. I was charged with OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN THE SECOND DEGREE and the violation of LOCAL LAW PROHIBITING SMOKING UPON ALL REAL PROPERTY OWNED OR LEASED BY THE COUNTY OF ULSTER(local law number 9 of 2008). The tickets scheduled court for 06\02\2026 but I rescheduled for 6\16\2026 for personal reasons. I submitted a motion to dismiss "IN THE INTEREST OF JUSTICE DUE TO UNETHICAL BEHAVIOR AND CONSTITUTIONAL RIGHTS VIOLATIONS" on 06\16\2026 to the judge and the prosecutor. I was instructed to come back to court on 07\14\2026. On 07\14\2026 in court the charges were dismissed.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental anguish, emotional distress, fear, anxiety, depression and humiliation. I have not received theropy.
Loss of wages due to absence from work to appear in court.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want compensation for missing 2 days of work totaling $400
I want $25,000 for my pain and suffering

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 31, 2026

Signature of Plaintiff [signature]

Printed Name of Plaintiff Chris Montello

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City State Zip Code

Telephone Number

E-mail Address